## VERIFIED RETURN OF SERVICE

| | | |
|---|---|---|
| **State of Florida** | **County of Middle District** | **Civil Court** |

Case Number: 23-CV-623

JDA2023002736

Plaintiff(s):
**PROGRESSIVE EXPRESS INSURANCE COMPANY,**

vs.

Defendant(s):
**RASIER-DC, LLC, a foreign limited liability company; UBER TECHNOLOGIES, INC., a foreign corporation; YANGEL ORTEGA, individually; and K.B., as Parent and Natural Guardian of M.K., a minor,**

For:
PATRICK DAHL, ESQ.
MORGAN & AKINS, PLLC
501 E. Las Olas Boulevard, Suite 300
Ft. Lauderdale, FL 33301

Received by Litigation Process Servers, LLC on the 16th day of August, 2023 at 4:10 pm to be served on **Rasier-Dc, Llc C/O: Ct Corporation System (Reg. Agent), 1200 South Pine Island Road, Plantation, FL 33324**.

I, PAUL VEGA, do hereby affirm that on the **18th day of August, 2023** at **2:20 pm, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR DECLARATORY JUDGMENT** with the date and hour of service endorsed thereon by me, to: **Monica Myrick** as **Intake Specialist** for **Rasier-Dc, Llc C/O: Ct Corporation System (Reg. Agent)**, at the address of: **1200 South Pine Island Road, Plantation, FL 33324**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, not a party to this action, and that within the boundaries of the state wherein service was effectuated, I was authorized by law to perform said service in the judicial circuit in which the process was served. Under penalty of perjury I declare I have read the foregoing documents and that the facts stated in it are true and correct. Pursuant to local law where service was performed and or Florida Statutes and Fed. R. Civ. P. 4. *Our staff, agents, and servers complied with guidelines put in place, including usage of "PPE", distancing, disinfecting, and sanitizing, to protect the health and safety of all individuals involved with the service.*

_____
**PAUL VEGA**
Special Process Server #579

**Litigation Process Servers, LLC**
**8306 Mills Drive, Suite 599**
**Miami, FL 33183**
**(305) 340-3100**

Our Job Serial Number: JDA-2023002736

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2r