**RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Middle District District of Florida

Case Number: 23-CV-623

Plaintiff(s):
**PROGRESSIVE EXPRESS INSURANCE COMPANY,**

vs.

Defendant(s):
**RASIER-DC, LLC, a foreign limited liability company; UBER TECHNOLOGIES, INC., a foreign corporation; YANGEL ORTEGA,**
individually; and K.B., as Parent and
Natural Guardian of M.K., a minor,

For:
PATRICK DAHL, ESQ.
MORGAN & AKINS, PLLC
501 E. Las Olas Boulevard, Suite 300
Ft. Lauderdale, FL 33301

Received by Litigation Process Servers, LLC  on the 16th day of August, 2023 at 3:54 am to be served on **Yangel Orgeta, 1147 Parkway Drive, Naples, Lee County, FL 34104**.

I, Thomas F. Humann, III, do hereby affirm that on the **18th day of August, 2023** at **11:08 am, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION and COMPLAINT FOR DECLARATORY JUDGMENT** with the date and hour of service endorsed thereon by me, to: **Yangel Orgeta** at the address of: **1147 Parkway Drive, Naples, Lee County, FL 34104**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Thomas F. Humann, III
205858

Litigation Process Servers, LLC
8306 Mills Drive
Suite 599
Miami, FL 33183

Our Job Serial Number: JDA-2023002738